# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 0592

VERSUS

JOSEPH P. EDWARDS                                **AUGUST 23, 2024**

---

In Re:    Joseph P. Edwards, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          21-03563.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT GRANTED.** The district court is ordered to proceed toward disposition of relator's motion for bond reduction, filed May 18, 2023, on or before September 23, 2024, if it has not already done so, and to provide this court with a copy of its ruling by September 30, 2024.

                        JMG
                        AHP
                        TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT